THE PEOPLE OF THE STATE OF NEW YORK ex rel. OSCAR F. ZOLLIKOFFER et al., Appellants, *v.* THOMAS L. FEITNER et · al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. Zollikoffer* v. *Feitner,* 74 App. Div. 130, affirmed.
(Argued October 7, 1902; decided October 21, 1902.) .

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 19, 1902, which reversed an order of Special Term denying a motion to quash a writ of certiorari to review the proceeding of the defendants in assessing property owned by the relators for the purposes of taxation and granted such motion.

*Theodore Sutro* for appellants.

*George L. Rives, Corporation Counsel* (*James M. Ward* and *David Rumsey* of counsel), for respondents.

Order affirmed, with costs, on the authority of *People v. rel. Washington Building Co.* v. *Feitner* (163 N. Y. 384), no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.